| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: A&O Family, LLC (Illinois) | |
| United States Bankruptcy Court for the: Southern | District of: Florida (State) |
| Case number (If known): 24-15767-RAM | |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2024
MM / DD / YYYY

X /s/ Steven Ivankovich
Signature of individual signing on behalf of debtor

Steven Ivankovich
Printed name

Manager
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | A&O Family LLC (Illinois) |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | 24-15767 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jeanette Ivankovich c/o Schiller DuCanto & Fleck LP Tanya J STanish, Esq. 321 North Clark Street Chicago, IL 60654 | | Support and maintence order entered against Steven Ivankovich individually | Contingent Disputed | | | $650,000.00 |
| Schiller DuCanto & Fleck LP Attn: Tanya J Stanish Esq 321 North Clark Street IL 60665-4000 | | Legal fees and costs order entered against Steven Ivankovich Individually | Contingent Disputed | | | $425,000.00 |
| Chuchak & Tescon PC 620 South Riverside Plaza, Suite 1700 Chicago, IL 60606 | | Legal fees open account | | | | $50,000.00 |
| Jeffrey Hefman, Esquire Schoenberg Finkel Law Firm 300 S Walker Dr, Suite 1500 IL 60860-6000 | | Legal fees open account | | | | $25,000.00 |
| P-5 GRA LLC Keith McKenna, Esquire 11 Broadway, Suite 615 New York, NY 10004 | | | Contingent Disputed | | | Unknown |

Debtor  **A&O Family LLC (Illinois)**  Case number *(if known)*  **24-15767**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Pami Grand Too LLC** c/o Douglas Johnson, Esquire 203 N La Salle Street, Suite 2100 Chicago, IL 60601 | | | **Contingent Disputed** | | | **Unknown** |
| **Township GP Fund II LP** c/o David Safvati, Esquire Sklar Kirsh LLP 1880 Century Park East, Suite 300 Los Angeles, CA 90067 | | | **Contingent Disputed** | | | **Unknown** |
| **Township Orlando LLC** c/o David Safvati, Esquire Sklar Kirsh LLP 1880 Century Park East, Suite 300 Los Angeles, CA 90067 | | | **Contingent Disputed** | | | **Unknown** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2