UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:  Chapter 11 Case

Case No. 24-15767-RAM

A&O FAMILY LLC (Illinois),

    Debtor.
_____/

### *EX PARTE* MOTION TO TRANSFER CASE TO THE HONORABLE LAUREL M. ISICOFF

A&O FAMILY LLC (Illinois) (the "Debtor"), by and through undersigned counsel, hereby moves the Court on an *ex parte* basis for the entry of an Order transferring the above-entitled case to the Honorable Laurel M. Isicoff, who is presiding over the prior-filed and related case of *In re Ivankovich Family, LLC,* Case No. 24-15755-LMI (the "Main Case"). In support hereof, the Debtor states as follows:

1. The above-captioned Debtor, and affiliated debtors, IVANKOVICH FAMILY, LLC (Case No. 24-15755-LMI), A&O FAMILY LLC (Case No. 24-15762-RAM), and ATLAS P2 MANAGING MEMBER, LLC (Case No. 24-15770-RAM)[1] are related entities in a corporate structure owned beneficially primarily by Anthony and Olga Ivankovich, which share common contingent creditors and the same precipitating circumstances for their Chapter 11 filings.

2. As described in *Debtors' Ex Parte Motion for Joint Administration* (ECF No. 11) ("Motion for Joint Administration") the debtors are "affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code. Accordingly, the debtors have filed the Motion for Joint Administration, seeking to obviate the need for duplicative notices, motions, applications,

---

[1] The debtors, A&O FAMILY LLC (Case No. 24-15762-RAM), and ATLAS P2 MANAGING MEMBER, LLC (Case No. 24-15770-RAM), are filing an *Ex Parte Motion to Transfer Case to the Honorable Laurel M. Isicoff* in their respective cases, simultaneously with the filing of this Motion.

76870729;1

hearings and orders, in order to save considerable time and expense for the debtors and their respective estates. As such, the Debtor submits that transferring the above-styled case to the Honorable Laurel M. Isicoff, who is presiding over the Main Case, will promote judicial economy and preserve judicial and administrative resources, as the affiliated debtors anticipate dealing with interrelated matters throughout the entirety of the administration of all cases.

**WHEREFORE**, the Plaintiff respectfully requests that the Court enter an Order in the form attached hereto as **Exhibit "A"** (i) granting this Motion; (ii) transferring this case to the Honorable Laurel M. Isicoff; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: June 18, 2024

Respectfully submitted,

By: */s/ Eyal Berger*
Eyal Berger, Esq.
Florida Bar No. 11069
eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 463-2700
Fax: (954) 463-2224

-and-

Amanda Klopp, Esq.
Florida Bar No. 124156
amanda.klopp@akerman.com
**AKERMAN LLP**
777 S. Flagler Dr. Suite 1100
West Palm Beach, Florida 33401
Tel: (561) 653-5000
Fax: (561) 651-1589

*Proposed Attorneys for Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                        By: */s/ Eyal Berger*
                                Eyal Berger, Esq.

## **Exhibit "A"**

(Proposed Order)

76870729;1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11 Case

                                                                                          Case No. 24-15767-RAM

A&O FAMILY LLC (Illinois),

    Debtor.
_____/

### ORDER TRANSFERRING CASE TO THE HONORABLE LAUREL M. ISICOFF

**THIS MATTER** having come before the Court without a hearing on *Debtors' Ex Parte Motion to Transfer the Case to the Honorable Laurel M. Isicoff* (the "Motion") (ECF No. --). Upon review of the record before the Court, good and sufficient cause exists to grant the relief requested. Accordingly, it is

    **ORDERED** that:

    The Motion is **GRANTED**.

76870729;1

1. The above styled case is hereby transferred to the Honorable Laurel M. Isicoff.

# # #

Submitted by:

Amanda Klopp, Esq.
AKERMAN LLP
777 S. Flagler Dr. Suite 1100
West Palm Beach, Florida 33401
Tel: (561) 653-5000
Fax: (561) 651-1589
Email: amanda.klopp@akerman.com

Copies to:
Amanda Klopp, Esq.
(Attorney Klopp shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)

76870729;1